**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

**DECEMBER 31, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                    Case Number:

ELIZABETH HEALY-ZORZA

vs.

**PH**                 **08 C 9**

SARA LEE CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELIZABETH HEALY-ZORZA

**JUDGE NORGLE**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print)<br>JEFFREY S. MARKS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JEFFREY S. MARKS |
| FIRM<br>ALAN H. SHIFRIN & ASSOCIATES |
| STREET ADDRESS<br>3315 ALGONQUIN RD. #202 |
| CITY/STATE/ZIP<br>ROLLING MEADOWS, IL 60008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290132 | TELEPHONE NUMBER<br>847-222-0500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |