# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ELIZABETH HEALY-ZORZA

vs.

SARA LEE CORPORATION

Case Number:

**FILED**
**DECEMBER 31, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**   **08 C 9**

JUDGE NORGLE
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELIZABETH HEALY-ZORZA

| | |
|---|---|
| NAME (Type or print) TERRY D. SLAW | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ TERRY D. SLAW | |
| FIRM ALAN H. SHIFRIN & ASSOCIATES | |
| STREET ADDRESS 3315 ALGONQUIN RD. #202 | |
| CITY/STATE/ZIP ROLLING MEADOWS, IL 60008 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06183906 | TELEPHONE NUMBER 847-222-0500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |