U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                                                           Case Number: 08-CV-0009

ELIZABETH HEALY-ZORZA
    Plaintiff,
 v.

SARA LEE CORPORATION,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant – Sara Lee Corporation

| | |
|---|---|
| NAME (Type or print)   Michael I. Leonard | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>      /s/ Michael I. Leonard | |
| FIRM   Meckler Bulger & Tilson, LLP | |
| STREET ADDRESS   123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP   Chicago, IL  60606 | TELEPHONE NUMBER   (312) 474-7925 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   06207335 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |