IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH HEALY-ZORZA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 00009 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | Magistrate Judge Denlow |
| **SARA LEE CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, by and through its undersigned attorneys, Meckler Bulger & Tilson, LLP, respectfully moves this Court for the entry of an Order granting it leave to file its Answer or otherwise plead on or before February 22, 2008. In support of this Motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint during the week of January 7, 2008.

2. Defendant recently retained counsel, and is in the process of formulating a responsive pleading or pleadings.

3. Defendant's counsel conferred with Plaintiff's counsel on February 1, 2008 regarding the extension sought in this Motion, and Plaintiff's counsel has no objection to this Motion.

4. No party will be prejudiced by the requested extension; the extension is not sought for any improper purpose; and the granting of the extension will not unduly delay the efficient resolution of this action.

**WHEREFORE**, Defendant respectfully requests the entry of an Order granting it leave to Answer or otherwise plead on or before February 22, 2008, and for such other and further relief as is appropriate under the circumstances.

                                      **Respectfully Submitted,**

By:    **/s/ Michael I. Leonard**
           **One of the Attorneys for Defendant**

Michael I. Leonard
Meckler Bulger & Tilson LLP
123 North Wacker Drive
Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)
Dated: February 1, 2008
N:\shared\leonardM\Sara Lee - Healy-Zorza Motion.doc