IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ELIZABETH HEALY-ZORZA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 00009 |
| ) | |
| v. ) | Judge Norgle |
| ) | Magistrate Judge Denlow |
| **SARA LEE CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To:   Jeffrey S. Marks
     Terry D. Slaw
     Alan H. Shifrin & Associats
     3315 Algonquin Road, #202
     Rolling Meadows, IL  60008

     PLEASE TAKE NOTICE that on February 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Norgle in Room 2346 or the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in his place and stead, and will then and there present **AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereby served upon you.

                              Respectfully Submitted,

                     By:   /s/ Michael I. Leonard
                           One of the Attorneys for Defendant

Michael I. Leonard
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)

### CERTIFICATE OF SERVICE

     I, Michael I. Leonard, an attorney, certify that on February 1, 2008, I caused a copy of the above referenced document to be served on the attorney(s) of record via electronic delivery and via U.S. Mail to Terry D. Slaw.

                     By:   **/s/ Michael I. Leonard**
                           Michael I. Leonard

N:\shared\leonardM\Sara Lee - Healy-Zorza NOM.doc