## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Elizabeth Healy–Zorza

                Plaintiff,

v.                                      Case No.: 1:08−cv−00009
                                              Honorable Charles R. Norgle Sr.

Sara Lee Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Agreed Motion to Extend Time to Answer or Otherwise Plead [8] is granted. Defendant's time to answer or otherwise plead is extended to and including February 22, 2008. Parties shall comply with F.R.C.P. 26. Status hearing is set for 4/25/2008 at 9:30 a.m. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.