IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HEALY-ZORZA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 CV 00009 |
| | ) | |
| vs. | ) | Judge Norgle |
| | ) | |
| SARA LEE CORPORATION, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S AFFIRMATIVE DEFENSES**

Plaintiff Elizabeth Healy-Zorza ("Plaintiff"), by and through her attorneys, ALAN H. SHIFRIN & ASSOCIATES, LLC. and against SARA LEE CORPORATION ("Defendant") hereby provides Answers to the Affirmative Defenses of the Defendant's Answer and state as follows:

1. Plaintiff has failed to state a claim upon which relief can be based

**ANSWER**: Plaintiff denies Defendant's allegation and states that she has stated multiple claims for relief as detailed in each separate count of her Complaint.

2. Plaintiff's claims are barred, in whole or part, to the extent that any of the conduct alleged by Plaintiff in support of those claims was not the subject of a timely-filed Charge of Discrimination.

**ANSWER:** Plaintiff denies Defendant's allegations, and states that the conduct alleged by Plaintiff in support of her claims was the subject of a timely filed Charge of Discrimination with the EEOC, as detailed in her Complaint.

3. Plaintiff's claims are barred, in whole or in part, by her failure to follow

1

>Defendant's internal procedures for bringing allegations of discrimination, harassment, or retaliation to the attention of the Company.

**ANSWER:** Plaintiff denies Defendant's allegations, and states that she did make the Company aware of allegations of discrimination, harassment, and retaliation, following Company procedures as stated in all Counts. She further states that even if she had not done so, any failure to follow Company internal procedure would not bar remedy in this Court.

>4. Plaintiff's claims are barred because Defendant's employment actions with respect to Plaintiff were taken for legitimate, non-discriminatory, non-retaliatory, and non-pretextual business reasons.

**ANSWER:** Plaintiff denies Defendant's allegations in this paragraph and states that the Company took the employment actions for the reasons as described in the Complaint.

>5. Plaintiff's claims are barred because Defendant has at all times acted in good faith in its dealings with Plaintiff and has not intentionally or willfully discriminated or retaliated against Plaintiff or breached any duty it had towards the Plaintiff in violation of any federal or state statute or common law principal and, therefore, is not liable for injunctive, declaratory, compensatory or punitive damages or prejudgment interest, attorney's feed, except witness fees, costs or expenses whatsoever.

**ANSWER**: Plaintiff denies Defendant's allegations in this paragraph and states, as alleged in her Complaint, that the Company did not act in good faith in its dealings with the Plaintiff, that the Company willfully discriminated or retaliated against the Plaintiff, breached various duties owed to Plaintiff, and is liable for the damages sought in Plaintiff's prayer for relief.

  6. Plaintiff's alleged causes of action do not state facts sufficient to enable Plaintiff to recover punitive damages.

**ANSWER:** Plaintiff denies Defendant's allegations in this paragraph and states that her Complaint states sufficient facts to enable recovery of punitive damages.

  7. Plaintiff's claims are barred to the extent that she has failed to mitigate her alleged damages.

**ANSWER:** Plaintiff states that she has attempted to mitigate her damages as required by either common law or statute.

  8. Plaintiff is not entitled to, and is barred from seeking, the recovery of compensatory or punitive damages on her claim for ADA retaliation.

**ANSWER:** Plaintiff hereby objects to this paragraph as it is not a factual allegation.

  9. Plaintiff does not have the right to a jury trial on her ADA retaliation claim.

**ANSWER:** Plaintiff hereby objects to this paragraph as it is not a factual allegation.

  10. Defendant reserves the right to assert any additional defenses that may become relevant or apparent through the course of discovery or otherwise during the course of this litigation.

**ANSWER:** Plaintiff hereby objects to this paragraph as it is not a factual allegation.

WHEREFORE, Plaintiff, Elizabeth Healy-Zorza, by and through her attorneys,

respectfully requests the entry of an Order granting judgement in her favor and against Defendant on all Counts of Plaintiff's Complaint, and grant all of the requested prayers for relief as stated in her Complaint, for fees and costs, and for such other and further relief as is appropriate under the circumstances. .

        Respectfully submitted,

        ELIZABETH HEALY-ZORZA

By:   /s/ Jeffrey S. Marks
      /s/Terry D. Slaw
      Two of Its Attorneys

      Jeffrey S. Marks (ARDC# 6290132)
      Terry D. Slaw (ARDC# 06183906)
      ALAN H. SHIFRIN & ASSOCIATES
      3315 Algonquin Rd. #202
      Rolling Meadows, IL 60008
      847-222-0500

      Dated: March 4, 2008

## CERTIFICATE OF SERVICE

To:   Michael I. Leonard
      Meckler Bulger & Tilson LLP
      123 N. Wacker Dr. #1800
      Chicago, IL 60606

    I, Jeffrey S. Marks, an attorney, certify that on March 4, 2008, I caused a copy of PLAINTIFF'S ANSWERS TO DEFENDANT'S AFFIRMATIVE DEFENSES to be served on the attorney(s) of record via the Court's ECF electronic delivery system.


                        By:  /s/ *Jeffrey S. Marks*