**VERIFICATION**

    Under penalties as provided by law pursuant to Federal Rules of Civil Procedure, the undersigned certifies that the statements set forth in the attached complaint are true and correct except as to matters therein stated to be on information and belief and certifies the following specifically regarding the attached complaint pursuant to Rule 11:

1. it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
2. the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;
3. the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and
4. the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably base on a lack of information or belief.

and as to such matters the undersigned certifies as aforesaid, under oath and penalty of law, that she verily believes the same to be true.

_____
Elizabeth Healy-Zorza

Date: 12-29-07