IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH HEALY-ZORZA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.    08 CV 00009 |
| | ) | |
| vs. | ) | Judge Norgle |
| | ) | |
| SARA LEE CORPORATION, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

### VOLUNTARY MOTION TO DISMISS

Plaintiff Elizabeth Healy-Zorza ("Plaintiff"), by and through her attorneys, ALAN H. SHIFRIN & ASSOCIATES, LLC. and against SARA LEE CORPORATION ("Defendant") hereby Motions this Court to Dismiss this above referenced matter and states as follows:

1.   That said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

2.   That this Court retain jurisdiction to enforce any settlement agreements entered into by the parties.

WHEREFORE, Plaintiff, Elizabeth Healy-Zorza, by and through her attorneys, respectfully requests the entry of an Order dismissing this case with prejudice.

                        Respectfully submitted,

                        ELIZABETH HEALY-ZORZA

                        By:   /s/ Jeffrey S. Marks
                               /s/Terry D. Slaw
                               Two of her Attorneys

                               Jeffrey S. Marks (ARDC# 6290132)
                               Terry D. Slaw  (ARDC# 06183906)
                               ALAN H. SHIFRIN & ASSOCIATES
                               3315 Algonquin Rd. #202
                               Rolling Meadows, IL 60008
Dated: June 30, 2008              847-222-0500

## CERTIFICATE OF SERVICE

To:   Michael I. Leonard
      Meckler Bulger & Tilson LLP
      123 N. Wacker Dr. #1800
      Chicago, IL 60606

   I, Jeffrey S. Marks, an attorney, certify that on June 30, 2008, I caused a copy of VOLUNTARY MOTION TO DISMISS to be served on the attorney(s) of record via the Court's ECF electronic delivery system.


   By:  /s/ *Jeffrey S. Marks*